court's charge applied the law in paragraph 4 of his charge and not in paragraph 1. The requested charge was therefore on another and different subject, and the trial court correctly declined to substitute the requested charge for his paragraph 1. Had he done so, the charge would have twice instructed the jury on the application of the law to the facts, and would have omitted any reference to the nature of the charge, the defendant's plea or the presumption of innocence.

No error appearing, the judgment is affirmed.

Opinion approved by the Court.

MORRISON, Judge.

The offense is possession of alcoholic beverages for the purpose of sale in a dry area; the punishment, a fine of $500.00.

 We have reviewed the record and find the evidence sufficient to support the conviction.

There are no bills of exception.

Finding no reversible error, the judgment of the trial court is affirmed.

## WYNN v. STATE.
### No. 25365.

Court of Criminal Appeals of Texas.
June 27, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.